ACCEPTED
03-14-00713-CV
4482289
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 4:48:23 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00713-CV

# In The Court of Appeals
# For the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/12/2015 4:48:23 PM
JEFFREY D. KYLE
Clerk

SUSAN COMBS, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND
GREG ABBOTT, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*,

v.

CGG VERITAS SERVICES (U.S.), INC.,
*Appellee.*

On Appeal from the
353rd Judicial District Court of Travis County, Texas

## APPELLANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

TO THE HONORABLE THIRD COURT OF APPEALS:

In accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants Susan Combs, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, move for an extension of time to file its brief. Appellees do not oppose motion.

I.

Appellants' brief is currently due on March 16, 2015. Appellants seek a 30-day extension, which would make its brief due on April 15, 2015. One previous extension has been granted.

First, Appellants are represented by new lead counsel in this Court. Appellants' new counsel on appeal requires time to review the record and research the legal issues prior to preparing and filing the petition for review.

Second, Appellants' new lead counsel has and will continue to have a significant workload in other matters that will make it impossible to complete by the current deadline a response to the petition that will be helpful to the Court. That workload includes reviewing the record and

- drafting a motion to affirm in response to a statement of jurisdiction in *Evenewel v. Abbott*, No. 14-940, in the U.S. Supreme Court, due April 6, and

- drafting a response to Appellants' Emergency Motion for Stay Pending Appeal, *State of Texas v. United States*, No. 15-40238, in the Fifth Circuit, due in 10 days if not expedited.

## II.

For each of these reasons, counsel for the Appellants requests additional time to review the record on appeal and analyze the relevant law so as to provide the Court with a thorough and helpful brief.

PRAYER

Appellants respectfully requests that the Court grant it a 30-day extension of time to file its brief, making that brief due on April 15, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General


/s/  April L. Farris
APRIL L. FARRIS
Assistant Solicitor General
State Bar No. 24069702

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-2923
Fax: (512) 474-2697
april.farris@texasattorneygeneral.gov

COUNSEL FOR APPELLANTS

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 11, 2015 I contacted counsel for Appellees. Counsel does not oppose this motion.

/s/ April L. Farris
April L. Farris

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and served via File&ServeXpress on March 12, 2015, to the following:

Amanda Taylor
State Bar No. 24045921
James F. Martens
State Bar No. 13050720
Lacy Leonard
State Bar No. 24040561
MARTENS TODD LEONARD & TAYLOR
301 Congress Ave., Suite 1950
Austin, Texas 78701
Tel.: (512) 542-9898
Fax: (512) 542-9899
ataylor@textaxlaw.com
jmartens@textaxlaw.com
lleonard@textaxlaw.com

*Counsel for Appellee*

/s/ April L. Farris
April L. Farris